**FILED**

July 10, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM _____

DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JESUS MENDEZ-TOVAR, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | NO. SA-26-CV-04006-OLG |
| | § | |
| WARDEN OF THE SOUTH TEXAS ICE PROCESSING CENTER *et al.*, | § | |
| Respondents. | § | |

## ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

Before the Court is Petitioner Jesus Mendez-Tovar's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. No. 1). Respondents have responded (Dkt. No. 4). Upon review, the Court must dismiss the Petition without prejudice for the reasons below.

Petitioner is a citizen of Mexico who entered the United States without inspection in 2005; was re-detained by immigration authorities on June 16, 2026; and remains mandatorily detained pursuant to 8 U.S.C. § 1225(b)(2)(A) pending the conclusion of his full removal proceedings. (Dkt. No. 1 at 1–2; Dkt. No. 4 at 2; Dkt. No. 4-1 at 1.) Petitioner initiated this action on June 25, 2026, seeking release or a bond hearing on the grounds that he may not be mandatorily detained consistent with his right to due process. (*See* Dkt. No. 1 at 10–11.)

The Fifth Circuit recently held that noncitizens, like Petitioner, who have entered and established "long-term residence in the United States" may be detained "under [§] 1225(b)(2)(A) for ninety days but no longer without a bond hearing." *Rodriguez v. Ortega*, --- F.4th ---, No. 26-50183, 2026 WL 1906557, at *6, 16 (5th Cir. July 2, 2026). Here, because Petitioner's detention commenced on June 16, 2026 (*see* Dkt. No. 1 at 2; Dkt. No. 4 at 2), Respondents' window to provide a bond hearing has not yet closed. As such, Petitioner's ongoing detention does not yet violate due process. *See Rodriguez*, 2026 WL 1906557, at *16 (holding that mandatory detention

under § 1225(b)(2)(A) does not violate due process so long as a bond hearing is "held within 90 days of the commencement of detention"). Accordingly, the Petition (Dkt. No. 1) must be and hereby is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

The Clerk is directed to **CLOSE** this case upon the entry of this Order.

SIGNED on July ___10___, 2026.

ORLANDO L. GARCIA
United States District Judge